IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


HALLIBURTON ENERGY
SERVICES, INC.,

        **Plaintiff,**

    v.

**ADAM L. SYNDER, et al,**

        **Defendants.**

**Civil Action 2:17-cv-349**
**Judge Michael H. Watson**
**Magistrate Judge Jolson**

## ORDER

This matter is before the Court on Third-Party Defendant Jody Babcock's second unopposed Motion for Extension of Time to Move or Plead in Response to Third-Party Plaintiff Ohio Valley Corporate Housing, LLC's Third-Party Complaint. (Doc. 83). Although styled as an extension, the relief Ms. Babcock is actually seeking is a stay of her responsive pleading deadline. (*Id.*). Counsel for Ms. Babcock has suggested that when filing the Rule 26(f) Report for the upcoming preliminary pretrial conference, both Ms. Babcock and Halliburton—whose responsive pleading deadline was stayed by the Court on December 1, 2017 (Doc. 67)—will jointly propose a responsive pleading deadline for both parties. For good cause shown, the Motion is **GRANTED**. Consequently, Third-Party Defendant Jody Babcock's responsive pleading is **STAYED**, but Ms. Babcock and Halliburton are **DIRECTED** to propose a responsive pleading deadline in their upcoming Rule 26(f) Report.

    IT IS SO ORDERED.

Date: April 11, 2018                                             /s/ Kimberly A. Jolson

KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE